In the Matter of JACOB H. and Another, Children Alleged to be Neglected. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent; LOGANN K., Appellant.

Submitted June 4, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

J. D'ADDARIO & COMPANY, INC., Appellant, v EMBASSY INDUSTRIES, INC., Respondent.

Submitted May 29, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ANA LAWSON, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted June 4, 2012; decided June 28, 2012

Motion for leave to appeal from the Supreme Court judgment entered upon the Appellate Division order dismissed upon the ground that the judgment is not the final appealable paper from which leave to appeal may be sought (see CPLR 5611).

In the Matter of ALFREDO LUGO, Appellant, v ANDREA W. EVANS, as Chair of the Division of Parole, Respondent.

Submitted June 4, 2012; decided June 28, 2012

Motion for reargument of motion for leave to appeal denied [see 18 NY3d 975 (2012)].